IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MOVSOVITZ & SONS OF FLORIDA, INC. et al.,  :
                                                          :

              Plaintiffs         :

                                                :

      v.                                :        Civil Action No: 04-2254 (SEC)

                                              :

SCOTIABANK                          :

              Defendant       :

_____ :

**AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AGAINST DEFENDANT SCOTIABANK**

Ben Foss, being duly sworn, deposes and says:

1.      I am the Accounting Manager of West Coast Distributing, Inc. ("West Coast"), and make this Affidavit in support of Plaintiffs' Motion for Summary Judgment against Defendant Scotiabank.

2.      I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this affidavit are within my personal knowledge. If called upon as a witness, I could and would competently testify to all facts stated in this affidavit.

3.      West Coast is a company located in Malden, Massachusetts, which sells wholesale quantities of perishable agricultural commodities ("produce").

4.      The sales and accounts receivable records of West Coast, including invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record.  These business records are made under my direction and supervision by employees whose duty it is to prepare such documents.

5.      My responsibilities also include supervising collection of the accounts receivable for such sales, including Axel Gonzalez Inc. d/b/a North Produce's ("North Produce") account

1

which is the subject of the present motion.  I have custody and control of the sales and accounts receivable records of West Coast as they relate to North Produce and I am thoroughly familiar with the manner in which those records are compiled.

6.    Between January 2, 2002 and February 19, 2002, West Coast sold and delivered to North Produce, in interstate commerce, various wholesale lots of produce worth $120,588.80, which remains unpaid.  *See* Statement of Account and Invoices attached hereto as Exhibit 1.

7.    North Produce accepted the produce received from West Coast.

8.    West Coast preserved its interest in the PACA trust in the unpaid amount of $120,588.80 by including the required trust language set for in the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(4).  *See* Exhibit 1.

9.    West Coast is presently owed $120,588.80.

I do solemnly declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

WEST COAST DISTRIBUTING, INC.

By: _____
    Ben Foss

*See attached*

Subscribed and sworn to before me this _____ day of November, 2005.

_____
Notary Public

My Commission Expires: _____

2

# MASSACHUSETTS JURAT

Gov. Exec. Ord. #455 (03-13), §5(e)

Commonwealth of Massachusetts

County of _Middlesex_ } ss.

On this the ___1___ day of _November_, _2005_, before me,
_Jenifer Mascaro_, the undersigned Notary Public,
_Day_                        _Month_                    _Year_

Name of Notary Public

personally appeared _Personally Known - Ben Foss_,

Name(s) of Signer(s)

proved to me through satisfactory evidence of identity, which was/were

_Personally Known_,

Description of Evidence of Identity

JENiFER M. MASCARO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 13, 2009

to be the person(s) whose name(s) was/were
signed on the preceding or attached document
in my presence, and who swore or affirmed to
me that the contents of the document are
truthful and accurate to the best of his/her/their
knowledge and belief.

_Signature of Notary Public_

_Jenifer Mascaro_
Printed Name of Notary

_embossed through
document_

Place Notary Seal and/or Any Stamp Above

My Commission Expires _Nov. 13, 2009_

———————————— **OPTIONAL** ————————————

*Although the information in this section is not required by law, it may prove valuable to persons
relying on the document and could prevent fraudulent removal and reattachment of this form to
another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| Right Thumbprint of Signer |
| --- |
| Top of thumb here |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5952                                    Reorder: Call Toll-Free 1-800-US NOTARY (1-800-876-6827)

**Exhibit 1**

West Coast Distributing, Inc.
P.O. BOX 84-5262
BOSTON MA 02284-5262

# STATEMENT

**Statement Date:** Feb 14, 2003
**Customer #:** 1069

NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

| Ship Date | Invoice # | PO # | Invoice Amt | Receipt Date | Received | Balance |
|---|---|---|---|---|---|---|
| Jan 02, 2002 | M21000 | | 17,932.00 | | .00 | 17,932.00 |
| Jan 08, 2002 | M21013 | | 13,526.75 | | .00 | 13,526.75 |
| Jan 08, 2002 | M21013A | | 2,600.00 | | .00 | 2,600.00 |
| Jan 22, 2002 | M21164 | | 10,299.30 | | .00 | 10,299.30 |
| Jan 24, 2002 | M21194 | | 1,748.00 | | .00 | 1,748.00 |
| Jan 29, 2002 | M21198 | | 11,862.75 | | .00 | 11,862.75 |
| Jan 29, 2002 | M21198A | | 2,600.00 | | .00 | 2,600.00 |
| Feb 01, 2002 | M21272 | | 10,684.00 | | .00 | 10,684.00 |
| Feb 13, 2002 | M21178 | | 20,419.00 | | .00 | 20,419.00 |
| Feb 13, 2002 | M21178A | | 1,800.00 | | .00 | 1,800.00 |
| Feb 19, 2002 | M21184 | | 24,317.00 | | .00 | 24,317.00 |
| Feb 19, 2002 | M21184A | | 2,800.00 | | .00 | 2,800.00 |
| | | | | | **Total Due:** | **120,588.80** |

| Aging Days: | 0 - 27 | 28 - 35 | 36 - 45 | 46 - 60 | 61 - 9999 | Credits | Total Due |
|---|---|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | 120,588.80 | .00 | 120,588.80 |

*If paying by statement, please return a copy of this statement with your remittance - Thank You*

West Coast Distributing, Inc.
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21000
**Invoice:** Jan 02, 2002
**Ship:**   Jan 02, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202

ARECIBO PUERTO RICO 00613

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** F.O.B. + FREIGHT | **Salesperson:** TOM CSEREP | **Carrier:** BRITTAIN TRUCKING INC |
| **Order:** Jan 02, 2002 | **Via:** | **Trailer lic:**   **St:** |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LETTUCE  24's  LINER | 520 | ctn | 21.00 | 10,920.00 |
| LETTUCE ROMAINE 24'S  . | 105 | ctn | 13.25 | 1,391.25 |
| BROCOLLI 14'S  . | 48 | ctn | 15.00 | 720.00 |
| BROCOLLI CROWNS   . | 48 | ctn | 16.50 | 792.00 |
| CAULIFLOWER 16'S  . | 56 | ctn | 16.50 | 924.00 |
| LETTUCE ROMAINE 12/3#  HEARTS | 20 | ctn | 13.25 | 265.00 |
| LETTUCE GREEN LEAF 24'S  . | 15 | ctn | 9.25 | 138.75 |
| ONIONS GREEN   N/A . | 15 | ctn | 10.50 | 157.50 |
| Temp Recorder | 1 | | 23.50 | 23.50 |
| Freight Charge | 1 | | 2,600.00 | 2,600.00 |
|  INVOICE TOTAL: | 827 | | | 17,932.00 |

ATTN: AXEL

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES — ORIGINAL NON NEGOTIABLE

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | Bill of Lading No. |
|---|---|---|

| Salesman | | Ship Date |
|---|---|---|

DATE SHIPPED — BILL OF LADING — ORDER NUMBER
01/02/02 P.O. #  Destination PAGE 1 OF 1  236735  Ship From

SHIP TO NAME/ADDRESS  BILL TO NAME/ADDRESS  Terms
WEST COAST DIST., INC.  WEST COAST DIST., INC.

JACKSONVILLE  FL  Carrier  MALDEN  MA  Truck Broker
Truck ☐  Piggy ☐

CUST PO  Ship ☐  BROKER ☐  Driver  SHIP VIA  License  St.  Exp. Date
M2-1000  Air ☐  BRITTAIN

Tractor License AL  T60054  State  Trailer License  State

SALESPERSON: VBAL

Reporting Instructions

SHIPPED FROM | ARRIVED | LOADED | SHIPPED

RECORDER #  INSPECTION #  PHYTO #  OTHER SHIP LOCATIONS
4282423  0051

COMMENTS: WEST COAST C/O NORTH PRODUC
ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY
STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION
FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS
CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE.

P & O COLD LOGISTICS
Case Count  20 PALLETS
Date  1/4/02
Pallets in  20  Pallets out
Rec'd by  B. [signature]

| ORDERED | DESCRIPTION | | SHIPPED |
|---|---|---|---|
| 520 | 10124001 | LETTUCE PLT2 / LINER 24 FK. | 520 |
| 1 | 99010001 | RYAN RECORDER | 1 |
| 520 | | | 520 |

| Inspection | Recorder No. | Chart No. | Temperature Instructions | Driver's Initial |
|---|---|---|---|---|

Loading Instructions

Delivery Instructions

Billing Instructions  ALL SALES F.O.B. NO GRADE CONTRACT. GOOD DELIVERY STANDARDS APPLY
EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING

Carrier arranged for by:  Charges paid by:
Shipper ☐  Receiver ☐  Shipper ☐  Receiver ☐

If shipment is to be delivered to consignee without recourse on the
shipper, shipper shall sign the following: Carrier shall not make
delivery without payment of freight and all other lawful charges.

UNTIL YOU SIGN BELOW YOU ARE RESPONSIBLE FOR ALL SHORTAGES
Consignee's Receipt: I have received above perishable property in good order, except as noted.

| PALLETS USED: | RACKS USED: | | Date | Time | AM PM |
|---|---|---|---|---|---|
| Shipper Signature: | | Signed | | | |

Driver's Receipt: I have received above described
good shipping condition, have verified the
count, and am satisfied that said shipment is
loaded and properly braced.

DRIVER'S NAME:
Shipper's Signature: I hereby certify that I and my assignees are familiar with and
accept all terms and conditions of this bill of lading.

| | | | Date | Time In | AM PM |
|---|---|---|---|---|---|

VERIFY PALLETS REC'D:
Signed  Signed  Date  Time Out  AM PM

LOADED BY:  DRIVER'S SIGNATURE:

HIGHLINE COOLING
444 MAPLE AVENUE
HOLTVILLE, CA  92250

BILL OF LADING
PAGE 1 OF 1

DATE SHIPPED
01/02/02

SHIP TO NAME/ADDRESS
WEST COAST DIST., INC.
JACKSONVILLE                    FL

BILL TO NAME/ADDRESS
WEST COAST DIST., INC.
MALDEN                          MA

CUST PO
M2-1000

SALESPERSON: VBAL

BROKER

SHIP VIA
BRITTAIN
AL  T60854

SHIPPED FROM
HIGHLINE COOLING

ARRIVED
01/02/02 01:55 P

LOADED
01/02/02 01:56 P

SHIPPED
01/02/02 03:12 P

RECORDER #
4282423

INSPECTION #

PHYTO #

OTHER SHIP LOCATIONS
0055

ORDER NUMBER
236735

COMMENTS:  WEST COAST C/O NORTH PRODUC
ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY
STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION
FOLLOWING BRUISING.  IN ADDITION, ALSO EXCLUDED FROM THIS
CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE.

| ORDERED | DESCRIPTION | | SHIPPED |
|---|---|---|---|
| 48 | 22020000 | BROCCOLI CROWN 20# OP | 48 |
| 48 | 22714000 | BROCCOLI 14 OP | 48 |
| 56 | 30316001 | CAULIFLOWER 16 FK | 56 |
| 105 | 50124001 | ROMAINE LINER 24 FK | 105 |
| 20 | 52636001 | ROMAINE HEART 12X3 FK | 20 |
| 15 | 63124001 | GREEN LEAF LINER 24 FK | 15 |
| 15 | 76194038 | GREEN ONION MEX 48 CIRCLE Y | 15 |
| 1 | 99010001 | RYAN RECORDER | 1 |
| 307 | | | 307 |

******************************************************************
ALL SALES F.O.B.  NO GRADE CONTRACT.  GOOD DELIVERY STANDARDS APPLY
EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING
VERIFY COUNT BEFORE YOU SIGN, YOU ARE RESPONSIBLE FOR ALL SHORTAGES.
******************************************************************

PALLETS USED:                   RACKS USED:

CHEP BLUE PALLETS:              PRINT DRIVER'S NAME:

VERIFY PALLETS REC'D:

LOADED BY:                      DRIVER'S SIGNATURE:

MAINTAIN TEMPERATURE OF COMMODITIES LOADED:  34 -- 36 DEGREES.

Imperial County Agriculture ...
Based upon inspection of the ... the produce that
originated from Imperial County in this shipment
is free from Pink Hibiscus Mealybug
Stephen L. Birdsall - Commissioner

Lot Inspection - I.D. No. 21

IMPERIAL COUNTY AGRICULTURE COMMISSIONER
LOT INSPECTION - I.D. NO 18
The following commodities:  Asparagus, Broccoli,
Cabbage, Lettuce, All Melons, Onions, Salad Products,
Corn, Cauliflower identified on this
Pink & Ripe Tomatoes,
Bill of Lading was inspected and meets the requirements
of Title 3, Group 4, California Administrative Code

STEPHEN L. BIRDSALL, COMMISSIONER

PULP TEMP AT TIME OF
LOADING  34-36  °F

Loader's Initials

Driver's Initials

JAN 2
PIMA
M.V.D.

West Coast Distributing, Inc.
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21013
**Invoice:** Jan 08, 2002
**Ship:**    Jan 08, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202

ARECIBO PUERTO RICO 00613

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** F.O.B. | **Salesperson:** TOM CSEREP | **Carrier:** BRITTAIN TRUCKING INC |
| **Order:** Jan 08, 2002 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LETTUCE 24's  LINER | 520 | ctn | 19.75 | 10,270.00 |
| BROCOLLI CROWNS   . | 48 | ctn | 12.50 | 600.00 |
| BROCOLLI 14'S  . | 48 | ctn | 10.25 | 492.00 |
| CAULIFLOWER 16'S  . | 20 | ctn | 9.25 | 185.00 |
| CELERY SLEEVED 36'S  . | 20 | ctn | 9.50 | 190.00 |
| LETTUCE ROMAINE 24'S   LINER | 70 | ctn | 12.75 | 892.50 |
| LETTUCE ROMAINE 12/3#  HEARTS | 15 | ctn | 13.50 | 202.50 |
| LETTUCE GREEN LEAF 24'S   LINER | 15 | ctn | 9.25 | 138.75 |
| NAPPA | 20 | ctn | 13.50 | 270.00 |
| ONIONS GREEN 48'S   . | 30 | ctn | 8.75 | 262.50 |
| Temp Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 806 | | | 13,526.75 |

ATTN: AXEL
*** REVISED INVOICE ***

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our
reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

West Coast Distributing, Inc.
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21013A
**Invoice:** Jan 08, 2002
**Ship:**    Jan 08, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202

ARECIBO PUERTO RICO 00613

Page 1 of 1

| Sale Terms: FREIGHT | Salesperson: RANDY SCHRABEC | Carrier: BRITTAIN TRUCKING INC |
|---|---|---|
| Order: Jan 08, 2002 | Via: | Trailer lic:          St: |
| Cust PO: | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Freight Charge | 1 | | 2,600.00 | 2,600.00 |
| INVOICE TOTAL: | | | | 2,600.00 |

FREIGHT - MIX VEG

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

1. WHITE-SHIPPER COPY 2. YELLOW-CARRIER COPY 3. PINK-CONSIGNEE COPY 4. GOLDENROD-COOLER COPY

## MOTOR CARRIER

FOR EXEMPT COMMODITIES
Original Non-negotiable

FRESH KIST PRODUCE, LLC

SALINAS CA 00000

CONTRACT TERMS AND CONDITIONS
ARE PRINTED ON THE REVERSE SIDE

1/08/02

| SHIP FROM | SHIP VIA | SHIP TO |
|---|---|---|
| ADVANCED COOLING SYSTEMS | CARRIER BRITTIAN | CONSIGNEE WEST COAST DISTRIB INC |
| YUMA AZ 00000 | TRAILER P020623 LA | JACKSONVILLE, FL |
| LOADING STARTED 15:52 | TRACTOR | PO # |
| LOADING COMPLETED 16:54 | WEIGHT LIMIT | BROKER |
| ORDER # 37502 | | |

### ATTENTION DRIVER:

DRIVER ACCEPTS AND AGREES WITH THE COUNT OF PACKAGES AS SHOWN ON THIS BILL OF LADING. NO CORRECTION FOR SHORTAGE WILL BE ALLOWED ON ARRIVAL AT DESTINATION.

REFRIGERATION: Maintain temp. range - Low 34°F/High 36°F
SPECIAL INSTRUCTIONS:

CONSIGNEE'S RECEIPT
RECEIVED PERISHABLE PROPERTY DESCRIBED BELOW IN GOOD ORDER, EXCEPT AS NOTED:

SIGNED: _____ DATE: _____

FRESH FRUIT AND VEGETABLE

LOAD # _____ I.D. #31

This is to certify that the contents of this load meets the requirements of the Arizona Fruit & Vegetable Standardization as determined by a representative sample.

DON H. KNAACK, SUPERVISOR OF INSPECTION
COMMISSION OF AGRICULTURE & HORTICULTURE
ARIZONA FRUIT & VEGETABLE STANDARDIZATION

DRIVER SIGN: *Alice Schwalenberg*

| UNITS | DESCRIPTION |
|---|---|
| 520 | LETTUCE PALLET LINERS 24'S FRESH KIST |
| 520 | TOTAL UNITS SHIPPED |

RECEIVED FOR CROSS DOCKING

MOVSOVITZ OF FLORIDA
RECEIVED SUBJECT TO
USDA INSPECTION

DATE 11-02 P.O.# Exp't

UNLOADING FEE $ 40 Deduct

EXCEPTIONS

O _____ S _____ D _____

TO. AL CS REC'D 520

BY *Johnnie Poole*

DRIVER

## NOTICE
### This Shipment is Freight Collect

If the carrier named herein, or its agent, delivers this shipment to the consignee, or its agent, without payment of freight or other lawful charges the carrier, or its agent, does so without recourse to the shipper, or its agent.

336

*Alice Schwalenberg*

# RECEIVED FOR CROSS DOCKING

HIGHLINE COOLING
444 MAPLE AVENUE
HOLTVILLE, CA  92250

**DATE SHIPPED**
01/08/02

**BILL OF LADING**
PAGE  1 OF  1

**ORDER NUMBER**
237502

**SHIP TO NAME/ADDRESS**
WEST COAST DIST., INC.
JACKSONVILLE          FL

**BILL TO NAME/ADDRESS**
WEST COAST DIST., INC.
MALDEN              MA

**CUST PO**
M2-1013

**BROKER**

**SHIP VIA**
BRITTAIN
LA  P020623

**SALESPERSON:**VBAL

**SHIPPED FROM**
HIGHLINE COOLING

**ARRIVED**
01/08/02  11:01 A

**LOADED**
01/08/02  11:02 A

**SHIPPED**
01/08/02  12:27 P

**OTHER SHIP LOCATIONS**
0041

**RECORDER #**
4238776

**INSPECTION #**

**PHYTO #**

**COMMENTS:**  WEST COST DIST C/O NORTH PRODUCE
ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY
STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION
FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS
CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE.

| ORDERED | | DESCRIPTION | SHIPPED |
|---|---|---|---|
| 48 | 22020020 | BROCCOLI CROWN 20# PSAL | 48 |
| 48 | 22714020 | BROCCOLI 14 PSAL | 48 |
| 20 | 30316001 | CAULIFLOWER 16 FK | 20 |
| 20 | 42336001 | CELERY 36 SLEEVE FK | 20 |
| 70 | 50124001 | ROMAINE LINER 24 FK | 70 |
| 15 | 52636001 | ROMAINE HEART 12X3 FK | 15 |
| 15 | 63124001 | GREEN LEAF LINER 24 FK | 15 |
| 20 | 75565001 | NAPA WGA FK | 20 |
| 30 | 76194001 | GREEN ONION MEX 48 SMALL FK | 30 |
| 1 | 99010001 | RYAN RECORDER | 1 |
| 286 | | | 286 |

ALL SALES F.O.B.  NO GRADE CONTRACT.  GOOD DELIVERY STANDARDS APPLY
EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING
*********************************************************************************************
VERIFY COUNT BEFORE YOU SIGN, YOU ARE RESPONSIBLE FOR ALL SHORTAGES.

PALLETS USED: _____        RACKS USED: _____

CHEP BLUE PALLETS: _____        PRINT DRIVER'S NAME: _____

VERIFY PALLETS REC'D: _____

LOADED BY: _____        DRIVER'S SIGNATURE: _____

MAINTAIN TEMPERATURE OF COMMODITIES LOADED: 34 - 36 DEGREES.

---

MOVSOVITZ OF FLORIDA
RECEIVED SUBJECT TO
USDA INSPECTION

DATE 1-11-02  P.O. # 280 02

UNLOADING FEE $_____

EXCEPTIONS

0 _____ $ _____ D _____

TO A C/O PO _____

BY _____

DRIVER _____

Imperial County Agricultural Commission
Lot Inspection - 10 AG 31

34-36

CL

West Coast Distributing, Inc.
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21164
**Invoice:** Jan 22, 2002
**Ship:**   Jan 22, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** F.O.B. + FREIGHT | **Salesperson:** TOM CSEREP | **Carrier:** FEDERATED FREIGHT |
| **Order:** Jan 22, 2002 | **Via:** | **Trailer lic:** **St:** |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| BROCCOLI 14'S | 48 | ctn | 17.50 | 840.00 |
| BROCCOLI CROWNS | 48 | ctn | 20.85 | 1,000.80 |
| LETTUCE 24's LINER | 600 | ctn | 9.25 | 5,550.00 |
| LETTUCE 24's WRAP | 40 | ctn | 10.25 | 410.00 |
| SPINACH CELLO 12 X 10 | 10 | ctn | 12.50 | 125.00 |
| LETTUCE ROMAINE 24'S LINER | 70 | ctn | 8.75 | 612.50 |
| LETTUCE GREEN LEAF 24'S | 5 | ctn | 7.50 | 37.50 |
| Temp Recorder | 1 | | 23.50 | 23.50 |
| Freight Charge | 1 | | 1,700.00 | 1,700.00 |
| INVOICE TOTAL: | 821 | | | 10,299.30 |

ATTN: AXEL

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

**STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE**

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

SUN AMERICA
P.O. BOX 3710
SALINAS, CA 93912-3932
(831) 422-3894

| Order Number | Consignee | | Bill of Lading No. |
|---|---|---|---|
| 34718 | WEST COAST DISTRIBUTING INC | | 34718 |
| **Salesman** | 350 MAIN ST | | **Ship Date** |
| RALPH GA | MALDEN MA  02148-5023 | | 1/21/2002 |
| **Customer P.O. #** | **Destination** | | **Ship from** |
| M2-1164 | WEST COAST DISTRIBUTING INC | | YUMA, AZ |
| **Phone** | | | **Terms** |
| (781)665-0300 | HOUSTON TX | | FOB |

| Via: | | Carrier | | Truck Broker | | |
|---|---|---|---|---|---|---|
| Truck | Piggy | FEDERAL FRT | | | | |
| Ship | Rail | **Driver** | | **License** | **St.** | **Exp. Date** |
| Air | | JAY | | | | |

| Tractor License | State | Trailer License | State |
|---|---|---|---|
| | | R3CD11 | TX |

**Reporting Instructions**

| | | | |
|---|---|---|---|
| 48 | BROCCOLI REGULAR SunAmerica 14'S | | 2160 |
| 48 | BROCCOLI REGULAR SunAmerica CROWNS | | 2160 |
| 520 | LETTUCE LINERS SunAmerica 24'S | | 23400 |
| 40 | LETTUCE LOGO SunAmerica 24'S | | 1800 |
| 10 | SPINACH CELLO 12X10 | | 10 |
| 70 | ROMAINE LINERS SunAmerica 24'S | | 2800 |
| 5 | GREEN LEAF REGULAR SunAmerica 24'S | | 175 |

**P & O COLD LOGISTICS**

Case Count ____821____

Date ____1-24-02____

Pallets in ___21___ Pallets out ___0___

Rec'd by _____

Probed temperatures of commodities loaded approximately 36°. Maintain 33° to 34° enroute to destination.

| Inspection | Recorder No. | Chart No. | Temperature Instructions |
|---|---|---|---|
| | MARATHON 544617 | | |

**Loading Instructions**

**Delivery Instructions** LEFT

| Billing Instructions | | Carrier arranged for by: | | Charges paid by: | |
|---|---|---|---|---|---|
| | | Shipper | Receiver | Shipper | Receiver |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges.

**Consignee's Receipt**  I have received above perishable property in good order, except as noted:

| | Signed | Date 0344 | Time | AM | PM |
|---|---|---|---|---|---|
| **Shipper Signature** | | | | | |

| **Driver's Receipt:** I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. | **Shipper's Signature:** I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading. | Time In  21:20 | AM | PM |
|---|---|---|---|---|
| Signed | Signed                     Date | Time Out  00:10 | AM | PM |

**STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE** 22

SUN AMERICA
P.O. BOX 3710
SALINAS, CA 93912-3932
(831) 422-3894

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | Bill of Lading No. |
|---|---|---|
| 34719 | WEST COAST DISTRIBUTING INC | 34719 |

| Salesman | 350 MAIN ST | Ship Date |
|---|---|---|
| RALPH GA | MALDEN MA   02148-5023 | 1/22/2002 |

| Customer P.O. # | Destination | Ship from |
|---|---|---|
| M2-1164 | WEST COAST DISTRIBUTING INC | YUMA, AZ |

| Phone | | Terms |
|---|---|---|
| (781)665-0300 | HOUSTON TX | FOB |

| Via: | Carrier | Truck Broker |
|---|---|---|
| Truck   Piggy | FEDERAL FRUIT FREIGHT | |
| Ship   Rail | Driver | License | St. | Exp. Date |
| Air | JAY | | | |

| Tractor License | State | Trailer License | State |
|---|---|---|---|
| | | R3CD11 | TX |

Reporting Instructions

| | | |
|---|---|---|
| 80 | LETTUCE LINERS SunAmerica 24'S | 3600 |

P & O COLD LOGISTICS

Case Count 827

Date 1-24-02

Pallets in 1        Pallets out

Rec'd by

Probed temperatures of commodities loaded approximately 36°. Maintain 33° to 34° enroute to destination.

| Inspection | Recorder No. | Chart No. | Temperature Instructions |
|---|---|---|---|

Loading Instructions

Delivery Instructions

| Billing Instructions | Carrier arranged for by: | Charges paid by: |
|---|---|---|
| | Shipper   Receiver | Shipper   Receiver |

| If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges. | Consignee's Receipt I have received above perishable property in good order, except as noted: | | | |
|---|---|---|---|---|
| Shipper Signature: | Signed | Date | Time | AM  PM |
| Driver's Receipt: I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced: | Shipper's Signature: I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading: | | Time In   08:47 | AM  PM |
| Signed | Signed | Date | Time Out   09:04 | AM  PM |

West Coast Distributing, Inc.
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21194
**Invoice:** Jan 24, 2002
**Ship:**    Jan 24, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| Sale Terms: F.O.B. | Salesperson: TOM CSEREP | Carrier: SHIPPER'S | |
|---|---|---|---|
| Order: Jan 24, 2002 | Via: | Trailer lic: | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| GARLIC | 80 | ctn | 21.85 | 1,748.00 |
| INVOICE TOTAL: | 80 | | | 1,748.00 |

ATTN: AXEL

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

West Coast Distributing, Inc
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21198
**Invoice:** Jan 29, 2002
**Ship:** Jan 29, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** F.O.B. | **Salesperson:** TOM CSEREP | **Carrier:** BRITTAIN |
| **Order:** Jan 29, 2002 | **Via:** | **Trailer lic:** St: |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| BROCCOLI  14'S  . | 48 | ctn | 28.00 | 1,344.00 |
| BROCCOLI CROWNS 20#  . | 48 | ctn | 30.00 | 1,440.00 |
| LETTUCE ROMAINE 24'S  . | 70 | ctn | 16.25 | 1,137.50 |
| SPINACH CELLO 12 X 10  . | 10 | ctn | 13.50 | 135.00 |
| CAULIFLOWER  16'S  . | 30 | ctn | 30.75 | 922.50 |
| LETTUCE GREEN LEAF 24'S  . | 5 | ctn | 13.25 | 66.25 |
| LETTUCE ROMAINE 12/3#  . | 10 | ctn | 11.75 | 117.50 |
| LETTUCE  24's   LINER | 520 | ctn | 11.50 | 5,980.00 |
| NAPPA WGA | 20 | ctn | 10.50 | 210.00 |
| LETTUCE  24's   WRAP | 40 | ctn | 12.75 | 510.00 |
| INVOICE TOTAL: | 801 | | | 11,862.75 |

ATTN: AXEL

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

West Coast Distributing, Inc
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21198A
**Invoice:** Jan 29, 2002
**Ship:**    Jan 29, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FREIGHT | **Salesperson:** RANDY SCHRABEC | **Carrier:** BRITTAIN |
| **Order:** Jan 29, 2002 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Freight Charge | 1 | | 2,600.00 | 2,600.00 |
| INVOICE TOTAL: | | | | 2,600.00 |

FREIGHT - LETTUCE

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

1. WHITE-SHIPPER COPY  2. YELLOW-CARRIER COPY  3. PINK-CONSIGNEE COPY  4. GOLDENROD-COOLER COPY

## MOTOR CARRIER

**FOR EXEMPT COMMODITIES**
Original Non-negotiable

CONTRACT TERMS AND CONDITIONS
ARE PRINTED ON THE REVERSE SIDE

FRESH KIST PRODUCE, LLC

SALINAS  CA          00000

1/30/02

| SHIP FROM | SHIP VIA | SHIP TO |
|---|---|---|
| ADVANCED COOLING SYSTEMS | CARRIER BRITTAIN | CONSIGNEE WEST COAST DIST INC |
| YUMA  AZ          00000 | TRAILER T1217Q      FL | JACKSONVILLE, FL |
| LOADING STARTED       8:25 | TRACTOR | |
| LOADING COMPLETED     9:40 | WEIGHT LIMIT | PO # M21198 |
| ORDER #            38904 | | BROKER |

### ATTENTION DRIVER:
DRIVER ACCEPTS AND AGREES WITH THE COUNT OF PACKAGES AS SHOWN ON THIS BILL OF LADING. NO CORRECTION FOR SHORTAGE WILL BE ALLOWED ON ARRIVAL AT DESTINATION.

**CONSIGNEE'S RECEIPT**
RECEIVED PERISHABLE PROPERTY DESCRIBED BELOW IN GOOD ORDER, EXCEPT AS NOTED:

REFRIGERATION: Maintain temp. range - Low 34°F/High 36°F
SPECIAL INSTRUCTIONS:

SIGNED:                              DATE:

FRESH FRUIT AND VEGETABLE
LOAD #                    I.D. #31
This is to certify that the contents of this load meets the requirements of the Arizona Fruit & Vegetable Standardization as determined by a representative sample.
DON H. KNAACK, SUPERVISOR OF INSPECTION
COMMISSION OF AGRICULTURE & HORTICULTURE
ARIZONA FRUIT & VEGETABLE STANDARDIZATION

DRIVER SIGN: X _Travis Taylor_

| UNITS | DESCRIPTION |
|---|---|
| 40 | LETTUCE CELLO 24'S FRESH KIST |
| 520 | LETTUCE PALLET LINERS 24'S FRESH KIST |
| 560 | TOTAL UNITS SHIPPED |

MOVSOVITZ OF FLORIDA
RECEIVED SUBJECT TO
USDA INSPECTION

RECEIVED FOR CROSS DOCKING
DATE 2-1-02   P.O. #
UNLOADING FEE $

EXCEPTIONS

TOTAL CS/REC'D
BY
DRIVER _Travis Taylor_

### NOTICE
**This Shipment is Freight Collect**

If the carrier named herein, or its agent, delivers this shipment to the consignee, or its agent, without payment of freight or other lawful charges the carrier, or its agent, does so without recourse to the shipper, or its agent.

**HIGHLINE COOLING**
444 MAPLE AVENUE
HOLTVILLE, CA 92250

**RECEIVED FOR CROSS DOCKING**

**MONSOUTZ OF FLORIDA**
RECEIVED SUBJECT TO
USDA INSPECTION

DATE 2-1-02  P.O.#  Eppa
UNLOADING FEE $ ____
EXCEPTIONS

DATE SHIPPED
01/30/02

SHIP TO NAME/ADDRESS
WEST COAST DIST., INC.
JACKSONVILLE                    FL

CUST PO
MZ-1198

SALESPERSON: VEAL

SHIPPED FROM
HIGHLINE COOLING

RECORDER #

COMMENTS:

BROKER

BILL OF LADING
PAGE 1 OF 1

BILL TO NAME/ADDRESS
WEST COAST DIST., INC.
MALDEN                          MA

SHIP VIA
BRITTAIN
FL T1217Q

ARRIVED
01/29/02 08:48 P

INSPECTION #

LOADED
01/29/02 11:09 P

PHYTO #

SHIPPED
01/30/02 12:22 A

OTHER SHIP LOCATIONS
0041

ORDER NUMBER
238904

| ORDERED | DESCRIPTION | SHIPPED |
|---|---|---|
| 48 | 22020000  BROCCOLI CRN 20#  OP | 48 |
| 48 | 22714001  BROCCOLI 14  FRESH KIST | 42 |
| 0 | 22714020  BROCCOLI 14  PSAL | 6 |
| 30 | 30316001  CAULIFLOWER 16  FRESH KIST | 30 |
| 10 | 42536001  CELERY 36 SLEEVE FRESH KIST | 0 |
| 70 | 50124001  ROMAINE 24 LINER FRESH KIST | 70 |
| 10 | 52636001  ROMAINE HEARTS 12X3  FRESH KIST | 10 |
| 5 | 63124001  LEAF GREEN 24 LINER FRESH KIST | 5 |
| 20 | 75565001  NAPA WGA  FRESH KIST | 20 |
| 10 | 90950000  SPINACH 12X10 OP | 10 |
| 251 | | 241 |

ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY
STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION
FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS
CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE.

**************************************************
ALL SALES F.O.B. NO GRADE CONTRACT. GOOD DELIVERY STANDARDS APPLY
EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING
VERIFY COUNT BEFORE YOU SIGN, YOU ARE RESPONSIBLE FOR ALL SHORTAGES.
**************************************************

PALLETS USED: ____

CHEP BLUE PALLETS: ____

VERIFY PALLETS REC'D: ____

LOADED BY: ____

RACKS USED: ____

PRINT DRIVER'S NAME: ____

DRIVER'S SIGNATURE: ____
MAINTAIN TEMPERATURE OF COMMODITIES LOADED:34 - 36 DEGREES.

West Coast Distributing, Inc
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21272
**Invoice:** Feb 01, 2002
**Ship:** Feb 01, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** F.O.B. + FREIGHT | **Salesperson:** TOM CSEREP | **Carrier:** SHIPPER'S CHOICE TRANSPORT |
| **Order:** Feb 01, 2002 | **Via:** | **Trailer lic:**              **St:** |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LETTUCE    LINER | 620 | ctn | 10.60 | 6,572.00 |
| LETTUCE ROMAINE 24'S  . | 105 | ctn | 16.50 | 1,732.50 |
| CAULIFLOWER  16'S  . | 56 | ctn | 13.50 | 756.00 |
| Temp Recorder | 1 | | 23.50 | 23.50 |
| Freight Charge | 1 | | 1,600.00 | 1,600.00 |
| INVOICE TOTAL: | 781 | | | 10,684.00 |

ATTN: AXEL

*Please return a copy of this invoice with your remittance - Thank You*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

*here @ 3:00*

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possesion of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

UN AMERICA
P.O. BOX 3710
SALINAS, CA 93912-3932
(831) 422-3894

| Order Number | Consignee | | Bill of Lading No. |
|---|---|---|---|
| 35093 | WEST COAST DISTRIBUTING INC | | 35093 |
| Salesman | 350 MAIN ST | Ship Date | |
| RALPH BA | MALDEN MA 02148-5023 | | 2/04/2002 |
| Customer P.O.# | Destination | Ship from | |
| M2-1272 | WEST COAST DISTRIBUTING INC | | YUMA, AZ |
| Phone | HOUSTON TX | Terms | |
| (781)665-0300 | | FOB | |

| Via: | | Carrier STOREY | Truck Broker | | |
|---|---|---|---|---|---|
| Truck | Piggy | Driver ROGER | License | St. | Exp. Date |
| Ship | Rail | | | | |
| Air | | Tractor License | State | Trailer License | State |
| | | | | TM05607 | AL |

Reporting Instructions

| 620 | LETTUCE LINERS SunAmerica 24'S | 27900 |
|---|---|---|
| 105 | ROMAINE REGULAR SunAmerica 24'S | 105 |
| 55 | CAULIFLOWER CARTON SunAmerica 12'S | 1848 |

## P & O COLD LOGISTICS

Case Count ___181___

Date ___2/5/02___

Pallets in ___30___    Pallets out ___0___

Rec'd by ___WREL___

Probed temperatures of commodities loaded approximately 36°. Maintain 33° to 34° enroute to destination.

| Inspection | Recorder No. | Chart No. | Temperature Instructions |
|---|---|---|---|
| | 532582 | | |

Loading Instructions

Delivery Instructions

| Billing Instructions | | Carrier arranged for by: | | Charges paid by: | |
|---|---|---|---|---|---|
| | | Shipper | Receiver | Shipper | Receiver |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee's Receipt  I have received above perishable property in good order, except as noted:

| Shipper Signature: | Signed | Date | Time | AM | PM |
|---|---|---|---|---|---|

| Driver's Receipt: I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced: | Shipper's Signature: | I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading: | Time In 12:32 | AM | PM |
|---|---|---|---|---|---|
| Signed  *Roger Baxter # 252* | Signed | Date | Time Out 13:14 | AM | PM |

West Coast Distributing, Inc
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21178
**Invoice:** Feb 13, 2002
**Ship:**    Feb 13, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** F.O.B. | **Salesperson:** TOM CSEREP | **Carrier:** LITTLE ROCK |
| **Order:** Feb 13, 2002 | **Via:** | **Trailer lic:**          **St:** |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LETTUCE PALLETIZED | 600 | ctn | 28.00 | 16,800.00 |
| LETTUCE 24's  WRAP | 40 | ctn | 31.25 | 1,250.00 |
| BROCCOLI CROWNS | 48 | ctn | 11.25 | 540.00 |
| BROCCOLI N/A | 48 | ctn | 10.75 | 516.00 |
| CAULIFLOWER  N/A  . | 52 | ctn | 9.50 | 494.00 |
| CELERY  36'S  . | 20 | ctn | 16.75 | 335.00 |
| CABBAGE RED N/A | 21 | bag | 10.25 | 215.25 |
| ONIONS GREEN   . | 25 | ctn | 10.75 | 268.75 |
| INVOICE TOTAL: | 854 | | | 20,419.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

West Coast Distributing, Inc.
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21178A
**Invoice:** Feb 13, 2002
**Ship:**    Feb 13, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| **Sale Terms:** FREIGHT | **Salesperson:** RANDY SCHRABEC | **Carrier:** LITTLE ROCK LOGISTICS INC. | |
|---|---|---|---|
| **Order:** Feb 13, 2002 | **Via:** | **Trailer lic:** | **St:** |
| **Cust PO:** | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Freight Charge | 1 | | 1,800.00 | 1,800.00 |
| INVOICE TOTAL: | | | | 1,800.00 |

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

HIGHLINE COOLING
444 MAPLE AVENUE
HOLTVILLE, CA  92250

**DATE SHIPPED**
02/13/02

**BILL OF LADING**
PAGE 1 OF 1

**ORDER NUMBER**
239922

**SHIP TO NAME/ADDRESS**
WEST COAST DIST., INC.
JACKSONVILLE        FL

**BILL TO NAME/ADDRESS**
WEST COAST DIST., INC.
MALDEN              MA

**CUST PO**
M2-1178

BROKER

**SHIP VIA**
LITTLE ROCK LOG
OK   6567DC

**SALESPERSON:**VBAL

**SHIPPED FROM**
HIGHLINE COOLING

**ARRIVED**
02/13/02 02:15 P

**LOADED**
02/13/02 02:40 P

**SHIPPED**
02/13/02 04:03 P

**RECORDER #**

**INSPECTION #**

**PHYTO #**

**OTHER SHIP LOCATIONS**
0041

**COMMENTS:**  ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY
STANDARDS APPLYING EXCLUDING BRUISING AND/OR DISCOLORATION
FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS
CONTRACT ARE ALL EFFECTS RELATED TO FREEZE DAMAGE.

| ORDERED | | DESCRIPTION | | | SHIPPED |
|---|---|---|---|---|---|
| 48 | 22021017 | BROCCOLI CRN 20# | LUJIN PL | | 48 |
| 48 | 22714020 | BROCCOLI 14 | PSAL | | 48 |
| 56 | 30316001 | CAULIFLOWER 16 | FRESH KIST | | 52 |
| 20 | 40036000 | CELERY 36 | OP | | 20 |
| 10 | 75224000 | CABBAGE RED CTN | OP | | 11 |
| 10 | 75224019 | CABBAGE RED CTN | PO | | 10 |
| 25 | 76194001 | GREEN ONION 48 | SM/MEX FRESH KIST | | 25 |
| 217 | | | | | 214 |

Date _____ 2/15/02

Pallets in _____ 5

Rec'd by _____

**ALL SALES F.O.B.   NO GRADE CONTRACT.  GOOD DELIVERY STANDARDS APPLY**
**EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING**
*************************************************************************
**VERIFY COUNT BEFORE YOU SIGN, YOU ARE RESPONSIBLE FOR ALL SHORTAGES.**

PALLETS USED: _____          RACKS USED: _____

CHEP BLUE PALLETS: _____          PRINT DRIVER'S NAME: _____

VERIFY PALLETS REC'D: _____

LOADED BY: _____          DRIVER'S SIGNATURE: _____

MAINTAIN TEMPERATURE OF COMMODITIES LOADED:34 / 36 DEGREES.

Imperial County Agricultural Commissioner
Lot No. _____ Based on the produce that
Based upon inspection of origin in this shipment
originated from Imperial County
is free from Pink Hibiscus Mealybug
Stephen L. Birdsall - Commissioner

LOADING _____ M 3 C of _____
Loaders Initials _____ JC
Driver's Initials _____

**IMPERIAL COUNTY AGRICULTURE COMMISSIONER**
**LOT INSPECTION - I.D. NO 18**
**** The following commodities: Asparagus, Broccoli,
Cabbage, Lettuce, All Melons, Onions, Salad Products,
Pink & Ripe Tomatoes, Corn, Cauliflower identified on this
Bill of Lading was inspected and meets the requirements
of Title 3, Group 4, California Administrative Code.

STEPHEN L. BIRDSALL, COMMISSIONER

West Coast Distributing, Inc
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21184
**Invoice:** Feb 19, 2002
**Ship:**  Feb 19, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| Sale Terms: FOB/DELIVERED | Salesperson: TOM CSEREP | Carrier: LITTLE ROCK | |
|---|---|---|---|
| Order: Feb 19, 2002 | Via: | Trailer lic: | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| LETTUCE  24's  LINER | 600 | ctn | 33.60 | 20,160.00 |
| BROCCOLI  14'S | 48 | ctn | 6.75 | 324.00 |
| BROCCOLI CROWNS | 48 | ctn | 8.75 | 420.00 |
| CAULIFLOWER  16'S  . | 29 | ctn | 7.50 | 217.50 |
| LETTUCE ROMAINE 24'S | 70 | ctn | 40.75 | 2,852.50 |
| NAPPA WGA | 10 | ctn | 10.75 | 107.50 |
| ONIONS GREEN   . | 20 | ctn | 10.60 | 212.00 |
| Temp Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 825 | | | 24,317.00 |

ATTN: AXEL

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

West Coast Distributing, Inc
P.O. BOX 84-5262
BOSTON MA 02284-5262

# INVOICE

**Invoice #:** M21184A
**Invoice:** Feb 19, 2002
**Ship:**   Feb 19, 2002
**Pay Terms:** N10

**Sold To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

**Ship To:** NORTH PRODUCE
P.O. BOX 1202
ARECIBO PUERTO RICO 00613

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FREIGHT | **Salesperson:** RANDY SCHRABEC | **Carrier:** LITTLE ROCK LOGISTICS INC. |
| **Order:** Feb 19, 2002 | **Via:** | **Trailer lic:**                St: |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Freight Charge | 1 | | 2,800.00 | 2,800.00 |
| INVOICE TOTAL: | | | | 2,800.00 |

ATTN: AXEL

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Past due invoices shall accrue interest at the annual rate of 16% until paid. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the costs of all legal action as an additional charge under the contract of sale covered by this invoice.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

SUN AMERICA
P.O. BOX 3710
SALINAS, CA 93912-3932
(831)422-3894

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | | Bill of Lading No. |
|---|---|---|---|
| 35609 | WEST COAST DISTRIBUTING INC | | 35609 |
| Salesman | 350 MAIN ST | | Ship Date |
| RALPH GA | MALDEN MA   02148-5023 | | 2/19/2002 |
| Customer P.O. # | Destination | | Ship from |
| M2-1184 | WEST COAST DISTRIBUTING INC | | YUMA, AZ |
| Phone | | | Terms |
| (781)665-0300 | JACKSONVILLE FL | | FOB |
| Via: | Carrier | Truck Broker | |
| Truck    Piggy | LITTLE ROCK LOGIS | | |
| Ship    Rail | Driver | License   St.   Exp. Date | |
| Air | X | | |
| Tractor License | State | Trailer License   6567DC   State   OK | |

Reporting Instructions

OK TO SHORT 12X10 SPIN NOT AVIL LOADED ALL FLR 16 AVIL SHORT 1BOX

| | | |
|---|---|---|
| 600 | LETTUCE LINERS SunAmerica 24'S | 27000 |
| 48 | BROCCOLI REGULAR SunAmerica 14'S | 2160 |
| 48 | BROCCOLI REGULAR SunAmerica CROWNS | 2160 |
| 29 | CAULIFLOWER CARTON SunAmerica 16'S | 928 |
| 70 | ROMAINE REGULAR SunAmerica 24'S | 70 |
| 10 | NAPA WOOD PERISHGA | 600 |
| | GREEN ONION'S | 600 |

MOVSOVITZ OF FLORIDA
RECEIVED SUBJECT TO
USDA INSPECTION

DATE 2-22-02  P.O.#

UNLOADING FEE $ 40.00 Paid

EXCEPTIONS

0 _____ S _____ 875

TOTAL USED

Product temperatures of commodities loaded approximately 36°. Maintain 33° to 34° enroute to destination

Arizona Department of Agriculture
Plant Services Division
1688 W. Adams Phoenix, AZ 85007

Compliance Agreement No. 2882

The plant material of this shipment has been inspected and found to be apparently free of phytophagous snails.

Expiration Date March 1, 2001

| Inspector | Recorder No.   532491 | Chart No. | Temperature Instructions |
|---|---|---|---|

Loading Instructions

RECEIVED FOR CROSS DOCKING  P.V.

Delivery Instructions

Billing Instructions

| | Carrier arranged for by: | Charges paid by: |
|---|---|---|
| | Shipper      Receiver | Shipper      Receiver |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee's Receipt  I have received above perishable property in good order, except as noted:

| Shipper Signature | Signed | Date | Time | AM | PM |
|---|---|---|---|---|---|

| Driver's Receipt:  I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced: | Shipper's Signature:  I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading: | Time In   14:34 | AM | PM |
|---|---|---|---|---|
| Signed | Signed | Date | Time Out   22:03 | AM | PM |